IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



JONATHAN LEE RICHES, )
)
    Petitioner, )
)
v. ) Civil Action No. 3:09CV785-HEH
)
FAMM, *et al.*, )
)
    Respondents. )

## MEMORANDUM OPINION
### (Dismissing Action Without Prejudice)

Petitioner, a federal inmate, submitted this action, which he suggests is a petition for a writ of habeas corpus. "All *pro se* petitions for writs of habeas corpora must be filed on a set of standardized forms to be supplied, upon request, by the Clerk without cost to the petitioner." E.D. Va. Loc. Civ. R. 83.4(A). Petitioner's submission does not comply with this rule. Moreover, because Petitioner is confined in Lexington, Kentucky, he cannot challenge the execution of his sentence in this District Court. *See United States v. Little*, 392 F.3d 671, 680 (4th Cir. 2004). Considering the generally frivolous nature of the current submission and Petitioner's previous submissions, the interests of justice would not be furthered by transferring the present action to the appropriate District Court. *See Riches v. Karpinski*, Nos. 3:08cv00347, 3:08cv00346, 2008 WL 2564785, at *1-2 (W.D. Wis. June 25, 2008). Accordingly, the present action will be dismissed without prejudice.

An appropriate Order shall accompany this Memorandum Opinion.

Date: Jan. 14, 2095
Richmond, Virginia

/s/
Henry E. Hudson
United States District Judge