IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

FILED
OCT 29 2010
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

JONATHAN LEE RICHES, )
)
Petitioner, )
)
v. ) Civil Action No. 3:09CV785-HEH
)
FAMM, *et al.*, )
)
Respondents. )

## MEMORANDUM OPINION
### (Denying Rule 60(b) Motion And Request To Intervene)

Petitioner, a federal inmate, submitted this action and requested leave to proceed *in forma pauperis*. Petitioner is a prolific litigator of frivolous litigation. *See Riches v. Karpinski*, Nos. 3:08cv00347, 3:08cv00346, 2008 WL 2564785, at *3 (W.D. Wis. June 25, 2008) (noting, in Petitioner's 1,834th lawsuit, that his allegations of imminent harm carried no weight). By Memorandum Opinion and Order entered on January 15, 2010, the Court dismissed the present action without prejudice. On August 16, 2010, the Court received a motion from Petitioner pursuant to Federal Rule of Civil Procedure 60(b). In his Rule 60(b) motion, Petitioner requests that the Court reopen the action and allow a number of other inmates to intervene. "The remedy provided by [Rule 60(b)], however, is extraordinary and is only to be invoked upon a showing of exceptional circumstances." *Compton v. Alton S.S. Co., Inc.*, 608 F.2d 96, 102 (4th Cir. 1979) (citing cases). Petitioner fails to identify any exceptional circumstances that would warrant relief under

Rule 60(b). Accordingly, his motion under Rule 60(b) and the accompanying request to permit other inmates to intervene will be denied.

An appropriate Order shall accompany this Memorandum Opinion.

/s/
Henry E. Hudson
United States District Judge

Date: Oct 28, 2010
Richmond, Virginia